IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR 11- 209-RE |
| v. | INDICTMENT |
| ALEKSEY ALEKSANDROVICH DZYUBA, | |
| Defendant. | 21 U.S.C. § 841(a)(1), (b)(1)(C)<br>21 U.S.C. § 853 |

THE GRAND JURY CHARGES THAT:

### Count 1 (Distribution of Heroin Resulting in Death)

On or about March 31, 2011, in the District of Oregon, **ALEKSEY ALEKSANDROVICH DZYUBA**, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, and that defendant's distribution of said heroin resulted in the death of another person, to wit: defendant distributed heroin used by T.S., a minor, whose use of said heroin resulted in his death, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), and Title 18, United States Code, § 2.

### Count 2 (Distribution of Heroin)

On or about April 2, 2011, in the District of Oregon, **ALEKSEY ALEKSANDROVICH DZYUBA**, defendant herein, did knowingly and intentionally distribute

a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and (B)(1)(C).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of one or more of the controlled substance offenses alleged herein, **ALEKSEY ALEKSANDROVICH DZYUBA**, defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violation.

Dated this 25 day of May 2011.

A TRUE BILL.

_____
FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

_____
KATHLEEN L. BICKERS
Assistant United States Attorney

_____
LEAH K. BOLSTAD
Assistant United States Attorney

_____
STEVEN MYGRANT
Special Assistant United States Attorney

PAGE 2 - INDICTMENT