S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**KATHLEEN L. BICKERS, OSB #85151**
Assistant United States Attorney
kathleen.bickers@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1105
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:11-CR-00209-JO-1** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ALEKSEY ALEXANDER DZYUBA,** | |
| **Defendant.** | **Sentencing: May 6, 2013 10:00 a.m.** |

The United States of America, by and through S. Amanda Marshall, United States

Attorney for the District of Oregon, and Assistant United States Attorney Kathleen L. Bickers,

submits the following memorandum in support of the government's position on sentencing.

### GOVERNMENT RECOMMENDATION

On Monday, May 6, 2013, the court will sentence the defendant, pursuant to the court's

judgment of guilty following trial to the court, for the charge of Distribution of Heroin Resulting

in Death, in violation of 21 USC § 841 (a)(1) and (b)(1)(C) and 18 USC § 2, a Class A felony,

that carries a mandatory minimum sentence of 20 years to life imprisonment, a $1,000,000 fine,

a $100 fee assessment  and for the charge of Distribution of Heroin , 21 USC § 841(a)(1) and

(b)(1)(C),  a Class C felony that carries a maximum sentence of 20 years' imprisonment, a

$1,000,000 fine, and a $100 fee assessment. The government relies on the factual record made at

trial and the court's Findings of Fact and Conclusions of Law for purposes of the sentencing

hearing.

**RECOMMENDED SENTENCE**

In consideration of all factors set forth in 18 USC § 3553(a), and the requirement that the

court sentence the defendant to the mandatory minimum penalty of 20 years' imprisonment, the

government recommends the defendant receive a sentence of 240 months, which is within the

range specified in offense level 38, Criminal History Category I. The defendant twice delivered

heroin, a drug he knew to have potentially deadly consequences to the 17 year-old victim Toviy

Sinyayev and Toviy's sister. Although, the defendant's criminal history category score is

technically low, the defendant has numerous older criminal convictions for possession of

controlled substances, theft and burglary. [1] Reliable evidence developed at the overdose trial

indicates the defendant was also heavily involved in a theft and return scheme at several stores. It

would appear that the recent gap in the defendant's criminal history is more a matter of the

failure of police detection rather than an indication the defendant had reverted to a crime free

lifestyle prior to the new charges.

Level 38, Criminal History I, is the range found by the presentence writer to be the

advisory guideline range based on the relevant conduct involved in the offense. The presentence

writer concurs in the government's determination that the mandatory minimum sentence is also a

---

[1] Counsel for the government, as a former state prosecutor, successfully prosecuted the

defendant by jury trial almost twenty years ago in 1994 for Possession of Opium.

**Government's Sentencing Memorandum**                                          **Page 2**

reasonable sentence for this defendant's crime. The government anticipates that it will request at sentencing restitution for expenses associated with the death of Toviy Sinyayev to be included in the final judgment of conviction. However, the Sinyayev family has not yet forwarded that information to the government. In the event the government receives that information, it will be immediately forwarded to the defense counsel.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney


*s/Kathleen L. Bickers*
KATHLEEN L. BICKERS, OSB #85151
Assistant United States Attorney

**Government's Sentencing Memorandum** **Page 3**